UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO LAMAR COCHRAN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:21-CV-2098-G-BT |
| DIRECTOR, TDCJ-CID, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 18, 2022, the court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the court. It is, therefore,

**ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

If Movant files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion for leave to proceed *in forma pauperis*.

**SO ORDERED.**

February 9, 2022.

_____
A. JOE FISH
Senior United States District Judge